FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0352

_____

IN THE MATTER OF:

S.L.H.,

    Respondent and Appellant.

_____

ORDER

_____

Pursuant to Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension to and including December 20, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2024